Commonwealth *v.* Perry et al., Appellants.

Submitted November 10, 1969. *Thomas A. Young,* Public Defender, for appellant; *William G. Shahade,* Assistant District Attorney, for Commonwealth, appellee.

Orders affirmed.

Commonwealth *v.* Rhyse, Appellant.

Submitted November 10, 1969. *Vedder J. White,* Public Defender, for appellant; *Frank L. Kroto, Jr.,* Assistant District Attorney, and *William E. Pfadt,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for the appointment of counsel and for a hearing on the validity of the guilty plea and any other material matters which petitioner may raise in an amended petition.

WRIGHT, P. J., and MONTGOMERY, J., would affirm the order of the court below.

Commonwealth *v.* Wanstitler, Appellant.

Argued November 10, 1969. *Francis X. Caiazza,* for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.